# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSIE L. MATTHEWS, | ) | 1:06-cv-00465-OWW-TAG HC |
| | ) | |
| Petitioner, | ) | FINDINGS AND RECOMMENDATIONS TO |
| | ) | DISMISS PETITION FOR WRIT OF HABEAS |
| v. | ) | CORPUS AS DUPLICATIVE |
| | ) | |
| | ) | ORDER DIRECTING THAT OBJECTIONS BE |
| MRS. CAMPBELL, | ) | FILED WITHIN TWENTY DAYS |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 10, 2006, Petitioner filed the instant petition in the Sacramento Division of this Court. (Doc. 1). On April 21, 2006, the matter was transferred to the Fresno Division of this Court. (Doc. 5).

On July 19, 2006, apparently seeking amend the instant petition by adding a supplemental legal discussion, Petitioner filed a second petition, to which the Clerk of the Court assigned the separate case number 1:06-cv-00929-AWI-TAG. On November 21, 2007, the Court ordered Respondent to file a response to case number 1:06-cv-00929-AWI-TAG by February 26, 2008. (Doc. 7).

The Court has examined the petitions in both cases and finds them to be identical with the exception of the aforementioned supplemental legal discussion attached to the petition in case number 1:06-cv-00929-AWI-TAG. In light of the duplicative nature of the petitions, the Court finds that one of the petitions must be dismissed. Because the Court has already ordered a

1  response in case number 1:06-cv-00929-AWI-TAG, and because that case contains the
2  supplemental argument Petitioner requested the Court to consider, the Court recommends that
3  the instant case be dismissed as duplicative, even though it is the earlier-filed case.

## **RECOMMENDATIONS**

Accordingly, the Court RECOMMENDS that the instant petition be dismissed as duplicative of case number 1:06-cv-00929-AWI-TAG.

These Findings and Recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within twenty (20) days after being served with a copy, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Replies to the objections shall be served and filed within fifteen (15) court days (plus three days if served by mail) after service of the objections. The District Judge will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Judge's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:  **December 12, 2007**                    /s/ Theresa A. Goldner
                                               UNITED STATES MAGISTRATE JUDGE