# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE L. MATTHEWS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>Mrs. CAMPBELL, et al.,<br><br>　　　　　　Respondents. | 1:06-cv-00465-OWW-TAG HC<br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATION (Doc. 9)<br><br>ORDER DISMISSING PETITION FOR WRIT<br>OF HABEAS CORPUS (Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT<br>TO ENTER JUDGMENT |

　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　On December 13, 2007, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending the petition for writ of habeas corpus be dismissed as duplicative of case number 1:06-cv-00929-AWI-TAG. (Doc. 9). This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendation.

　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed December 13, 2007 (Doc. 9), is ADOPTED IN FULL;
2. This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and
3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   February 29, 2008**           /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE